UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGEL CORRAL,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO,<br><br>　　　　　　Respondent. | Case No.   1:19-cv-01719-DAD-JDP<br><br>ORDER GRANTING PETITIONER'S MOTION FOR COPY OF DOCKET<br><br>ECF No. 22 |

Petitioner Michael Angel Corral, a state prisoner without counsel, petitioned for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Petitioner moved for a copy of the court's docket in this case. ECF No. 22. The local rules of this court do not provide for such a request. However, we will grant petitioner's request as a courtesy to him. Petitioner is advised that no such further requests will be granted. The clerk of court is directed to mail petitioner a copy of the docket in this case.

IT IS SO ORDERED.

Dated:   August 4, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1 | No. 206.